412

Grafton,
No. 6156.

GLENN W. BRICKER, M. D.

· v.

SCEVA SPEARE MEMORIAL HOSPITAL.

October 26, 1970.

*Glenn W. Bricker, M. D.,* by brief and orally, pro se.

*Walter L. Murphy* orally, for defendant.

*John P. Chandler* orally, for town of Ashland, as amicus curiae.

PER CURIAM: This case reaches us on plaintiff's exception to the denial on October 23, 1970 by the Superior Court (*King, J.*) of the prayer for a temporary injunction. The trial court made no findings and the record does not disclose the basis for the order made. *See Poisson* v. *Manchester,* 101 N.H. 72, 75, 133 A.2d 503, 505 (1957). *Cf.* Annot., 24 A.L.R.2d 850 (1952). On the record before us, we are unable to say that the action of the trial court was in error.

*Exceptions overruled; remanded.*

KENISON, C.J., did not sit; GRIMES, J., concurred with the understanding that the order is without prejudice to further proceedings in the superior court.